Justin L. Dewey, Esq.
Nevada Bar No. 14508
Tingey Injury Law Firm
817 S. Main Street
Las Vegas, Nevada 89101
Telephone: (702) 333·0000
Facsimile: (702) 333·0001
justin@tingeylawfirm.com
eservice@tingeylawfirm.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DEIRDRE LANETTE SMITH,

        Plaintiff,

vs.

SMITH'S FOOD & DRUG CENTERS, INC.,

        Defendant.

Case No:  2:25-cv-02175

STIPULATION AND ORDER FOR DISMISSAL

    IT IS HEREBY STUPULATED AND AGREED by and between Plaintiff, DEIRDRE LANETTE SMITH, and Defendant, SMITH'S FOOD & DRUG CENTERS, INC., by and through their respective counsel of record, that the claims asserted by Plaintiff, DEIRDRE LANETTE SMITH, against Defendant, SMITH'S FOOD & DRUG CENTERS, INC., be dismissed with prejudice in their entirety, the parties each to bear their own costs and fees.

//

//

//

//

1

Case No: 2:25-cv-02175

This matter is not currently set for trial and the parties request that all pending deadlines and hearings currently set in this case be VACATED.

Dated this 12th day of November 2025.

TINGEY INJURY LAW FIRM

_____
Justin L. Dewey, Esq.
817 S. Main Street
Las Vegas, NV 89101
Attorney for Plaintiff

Dated this 12th day of November 2025.

COOPER LEVENSON

/s/ Jerry S. Busby
_____
Jerry S. Busby, Esq.
3016 W. Charleston Blvd., Suite 195
Las Vegas, NV 89012
Attorney for Defendant

**ORDER FOR DISMISSAL OF ALL CLAIMS**

IT IS SO ORDERED.

_____
Gloria M. Navarro
United States District Judge

Dated: November 13, 2025

Respectfully submitted by:

TINGEY INJURY LAW FIRM

_____
Justin L. Dewey, Esq.
Nevada Bar No. 14508
817 S. Main Street
Las Vegas, NV 89101
Attorney for Plaintiff

2



**Cree Cable <cree@tingeylawfirm.com>**

## Smith v. Smith's Food & Drug -- Settlement

**Busby Jerry S.** <JBUSBY@cooperlevenson.com>                                        Wed, Nov 12, 2025 at 2:07 PM
To: Cree Cable <cree@tingeylawfirm.com>
Cc: Justin Dewey <justin@tingeylawfirm.com>, "Williams, Beth" <beth.williams2@sedgwick.com>, "Rutkowski Theresa H." <TRUTKOWSKI@cooperlevenson.com>

Thank you. You may add my electronic signature and file it with the court.

[Quoted text hidden]